# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Citadel Watford City Disposal Partners, LP, et al.[1] | Case No: 15-11323-KJC |
| Debtors. | Jointly Administered |
| Citadel Watford City Disposal Partners, LP, Citadel Energy Services, LLC, Citadel Energy SWD Holdings, LLC, Pembroke Fields, LLC | Adv. Proc. No. 15-_____ |
| Plaintiffs, | |
| v. | |
| J. Stanton Dodson, | |
| Defendant | |

## COMPLAINT OF DEBTORS AGAINST J. STANTON DODSON TO COMPEL TURNOVER OF PROPERTY OF THE ESTATE

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors" or the "Plaintiffs"), hereby file this complaint (the "Complaint") and request that the court to compel J. Stanton Dodson ("Dodson") to turn over property of the bankruptcy estate. In support of the Complaint, the Debtors state as follows:

### Jurisdiction

1. This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Watford City Disposal Partners, LP (1520); and Citadel Energy SWD Holdings, LLC (5266). The Debtors' address is P.O. Box 2127, Watford City, North Dakota 58854.

3. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The statutory predicates for the relief requested herein are sections 105(a) and 363(b) of title 11 of the United States Code (11 U.S.C. §§ 101–1532, as amended, the "Bankruptcy Code").

### Parties

5. The Plaintiffs are the debtors and debtors-in-possession in the above-captioned bankruptcy case.

6. Defendant is a former manager of the Debtors, with an address of 20288 Via Midichi, Porter Ranch, CA 91326

### Background

7. On June 19, 2015 (the "Petition Date"), the Debtors each commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession as authorized by sections 1107(a) and 1108 of the Bankruptcy Code. The United States Trustee has requested the appointment of a trustee or examiner in these chapter 11 cases, but that motion has not yet been heard.

8. The Debtors are engaged principally in the business of providing a range of fluid management services to America's oil and gas producers including the safe, controlled disposal of flowback and produced water.

9. Prior to the Petition Date, the Debtors removed their original manager, J. Stanton Dodson, from his position for cause and Mr. Dodson assented to such removal.

10. The Debtors believe that Dodson has in his possession a laptop (the "Laptop") that was purchased with the Debtors' funds and that may have information regarding the Debtors' organization and structure.

11. The Laptop is property of the estates and should be returned to the Debtors to allow them to recover the information contained therein.

12. The Debtors also believe that Dodson may be in possession of corporate documents, contracts and books and records of the Debtors (collectively, the "Documents").

### FIRST CAUSE OF ACTION

#### Turnover

13. The Plaintiffs request that the Dodson be compelled to turn over possession of the Laptop and the Documents.

14. Section 542(a) of the Bankruptcy Code provides as follows:

Except as provided in subsection (c) or (d) of this section, an entity, other than a custodian, in possession, custody, or control, during the case, of property that the trustee may use, sell, or lease under section 363 of this title, or that the debtor may exempt under section 522 of this title, shall deliver to the trustee, and account for, such property or the value of such property, unless such property is of inconsequential value or benefit to the estate.

11 U.S.C. § 542(a).

15. Dodson is in possession of the Laptop and may be in possession of the Documents which are essential to the success of this case.

WHEREFORE, the Debtors request that the Court enter judgment in favor of the Plaintiff, order Dodson to turn over the Laptop and the Documents and grant such further relief this Court deems just and proper under the circumstances.

Dated: October 5, 2015

GELLERT SCALI BUSENKELL & BROWN, LLC

Michael Busenkell (DE 3933)
Shannon Dougherty Humiston (DE 5470)
913 N. Market Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 425-5800
Email: mbusenkell@gsbblaw.com
      Shumiston@gsbblaw.com

*Counsel for Debtors and Debtors-in-Possession*