# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No: 15-11323-KJC |
| Citadel Watford City Disposal Partners, LP, *et al.*,[1] | Chapter 11 |
| Debtors. | Jointly Administered |
| Citadel Watford City Disposal Partners, LP, Citadel Energy Services, LLC, Citadel Energy SWD Holdings, LLC, and Pembroke Fields, LLC, | |
| Plaintiffs, | Adv. Proc. No. 15-51367- KJC |
| v. | |
| J. Stanton Dodson, | |
| Defendant. | |

## PLAINTIFFS' MOTION REQUESTING DEFAULT JUDGMENT AGAINST DEFENDANT J. STANTON DODSON

COME NOW, Plaintiffs Citadel Watford City Disposal Partners, LP, Citadel Energy Services, LLC, Citadel Energy SWD Holdings, LLC and Pembroke Fields, LLC (collectively, "Plaintiffs" or "Debtors"), by and through their undersigned counsel, and request that this Honorable Court enter Default Judgment against Defendant J. Stanton Dodson ("Defendant") pursuant to Federal Rule of Civil Procedure 55(b)(2), made applicable to these proceedings through Federal Rule of Bankruptcy Procedure 7055. In support thereof, the Plaintiffs assert as follows:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Watford City Disposal Partners, LP (1520); and Citadel Energy SWD Holdings, LLC (5266). The Debtors' address is P.O. Box 2127, Watford City, North Dakota 58854.

1. Upon information and belief, Defendant is not an infant, incompetent person, officer or agent of the United States of America or serving in the military of the United States of America.

2. On December 21, 2015, default was entered against Defendant in the above-captioned adversary proceedings (D.I. 7).

3. The Plaintiffs seek an order compelling Defendant to turnover of certain property of the Plaintiffs' bankruptcy estates. Specifically, as described in the *Complaint of Debtors Against J. Stanton Dodson to Compel Turnover of Property of the Estate* ("Complaint") (D.I. 1), the Plaintiffs seek an order compelling Defendant to turnover a laptop ("Laptop") purchased with the Debtors' funds and corporate documents, contracts, and books and records of the Debtors (collectively, the "Documents," collectively with the Laptop, the "Property").

4. On information and belief, Defendant is in possession of the Debtors' Property, as noted in the *Affidavit of Ted Gavin, in Support of Plaintiffs' Request for Default Judgment Against J. Stanton Dodson* (the "Gavin Affidavit"). A true and correct copy of the Gavin Affidavit is attached hereto as Exhibit A.

5. Pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court may enter default judgment when the relief sought is not a sum certain. Fed. R. Civ. P. 55(b)(2).

6. As turnover is not a sum certain, the Plaintiffs respectfully request that the Court enter default judgment against the Defendant and compel the Defendant to turnover the Property to the Debtors. The relief requested is the same relief as that demanded by the Plaintiffs in the Complaint (D.I. 1). A proposed form of Judgment by Default is attached hereto as Exhibit B.

WHEREFORE, Plaintiffs Citadel Watford City Disposal Partners, LP, Citadel Energy Services, LLC, Citadel Energy SWD Holdings, LLC and Pembroke Fields, LLC respectfully

request that the United States Bankruptcy Court for the District of Delaware enter default judgment in favor of the Plaintiffs and against Defendant J. Stanton Dodson compelling Mr. Dodson to: 1) turnover a laptop purchased with the Debtors' funds; 2) turnover corporate documents, contracts, and books and records of the Debtors; and 3) pay $350.00 in costs, together with such other relief as the Court deems just and reasonable.

Dated:   February 25, 2016                **GELLERT SCALI BUSENKELL & BROWN, LLC**

*/s/ Shannon Dougherty Humiston*
Michael Busenkell (No. 3933)
Shannon Dougherty Humiston (No. 5740)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Phone: (302) 425-5800
Fax: (302) 425-5814
mbusenkell@gsbblaw.com
shumiston@gsbblaw.com

*Counsel to Plaintiffs*
*Citadel Watford City Disposal Partners, LP,*
*Citadel Energy Services, LLC, Citadel Energy SWD*
*Holdings, LLC and Pembroke Fields, LLC*