**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No: 15-11323-KJC |
| Citadel Watford City Disposal Partners, LP, *et al.,*[1] | Chapter 11 |
| Debtors. | Jointly Administered |
| Citadel Watford City Disposal Partners, LP, Citadel Energy Services, LLC, Citadel Energy SWD Holdings, LLC, and Pembroke Fields, LLC, | |
| Plaintiffs, | Adv. Proc. No. 15-51367- KJC |
| v. | |
| J. Stanton Dodson, | **RE: D.I. 11, D.I. 13, D.I. 16** |
| Defendant. | |

## JUDGMENT BY DEFAULT

Default was entered against Defendant J. Stanton Dodson (the "Defendant") on December 21, 2015 (D.I. 7). Plaintiffs Citadel Watford City Disposal Partners, LP, Citadel Energy Services, LLC, Citadel Energy SWD Holdings, LLC and Pembroke Fields, LLC (collectively, "Plaintiffs" or "Debtors"), request entry of judgment by default and filed an affidavit of Mark Dunaway ("Dunaway Affidavit") in support of the same. Among other things, the Dunaway Affidavit states: 1) that the Defendant is in possession of a certain laptop ("Laptop") purchased with the Debtors' funds; 2) that the Defendant may be in possession of corporate documents, contracts, and books and records of the Debtors (collectively, the

---

1  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Watford City Disposal Partners, LP (1520); and Citadel Energy SWD Holdings, LLC (5266). The Debtors' address is P.O. Box 2127, Watford City, North Dakota 58854.

"Documents," collectively with the Laptop, the "Property"); and 3) that this Defendant is not in military service. Furthermore, it appears from the record that this Defendant is not an infant or incompetent person. Therefore, pursuant to Federal Rule of Civil Procedure 55(b)(2), as incorporated by Federal Rule of Bankruptcy Procedure 7055, it is hereby ORDERED and DECREED that:

1.    judgment is entered against the Defendant;

2.    the Defendant is ordered to turnover the Property to the Debtors within ~~five~~ (5) ten (10) business days of the entry of this order; ~~and~~

3.    ~~the Defendant is ordered to pay Plaintiffs $350.00, which amount represents the costs associated with bringing this adversary proceeding to compel Defendant to turnover the Property~~.

This Court retains jurisdiction to interpret and enforce the terms of this Order.

Dated: _____

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge